# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

| | |
|---|---|
| MYRON HARGREAVES, CORTNEY HALVORSEN, and BONNIE FREEMAN, <br> *Plaintiff* <br> v. <br> ASSOCIATED CREDIT SERVICE, INC., a Washington corporation; and PAUL J WASSON and MONICA WASSON, individually and the marital community, <br> *Defendant* | Civil Action No. 2:16-CV-0103-TOR |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) all claims and causes of action in this matter are DISMISSED with prejudice.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Thomas O. Rice on the parties' Stipulation of Dismissal ECF No. 172.

Date: October 22, 2018

*CLERK OF COURT*

SEAN F. McAVOY

s/ Linda L. Hansen
*(By) Deputy Clerk*

Linda L. Hansen